

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2014

No. 04-14-00743-CV

**IN THE INTEREST OF A.S.C.,** et al,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02281
Honorable Richard Garcia, Judge Presiding

## O R D E R

Appellant's motion to supplement her brief is GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court